Argued and submitted July 2, reversed and remanded August 5, 2009

ERNEST RAYMOND MARTINEZ,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A133672

213 P3d 868

Walter J. Ledesma argued the cause and filed the brief for petitioner.

Michael A. Casper, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Denise G. Fjordbeck, Attorney-in-Charge, Civil/Administrative Appeals.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Reversed and remanded. *Fleming v. Board of Parole*, 225 Or App 578, 202 P3d 209, *rev allowed*, 346 Or 361 (2009).